IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

ARTHUR AVERY,

        Appellant,

v.

        Case No.    5D22-2154
        LT Case No. 2012-CF-8523

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed December 30, 2022

3.800 Appeal from the Circuit Court for
Orange County,
Renee A. Roche, Judge.

Arthur Avery, Daytona Beach, pro se.

Ashley Moody, Attorney General,
Tallahassee, and  Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     This court previously affirmed the trial court's order(s) denying

Appellant's motion for postconviction relief in Orange County Circuit Court

Case No. 2012-CF-8523. Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro se filings in this court asserting claims stemming from Orange County Circuit Court Case No. 2012-CF-8523 may result in sanctions such as a bar on pro se filings in this court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. See § 944.279(1), Fla. Stat. (2019); State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999).

APPELLANT CAUTIONED.

SASSO, TRAVER and NARDELLA, JJ., concur.